# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                  Case No. CR-2-04-160

DAYREL BILLINGSLEY

    Defendant.

## ORDER

This matter came on for a oral hearing on this 27th day of April, 2007 on the Government's Request for a Reduction in Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure (Doc. # 72) filed on April 16, 2007. The Court finds that the Motion is well taken and **GRANTS** the same. The Court hereby reduces the September 28, 2005 sentence of 300 months incarceration to 216 months incarceration. This Court recommends to the Bureau of Prisons to designate the Defendant to the nearest federal facility in the Columbus, Ohio area that offers a residential drug treatment program. The other terms and conditions set for in the September 28, 2005 sentencing remain unchanged. The Clerk of Court is hereby **DIRECTED** to send certified copies of this Order to the United States Marshal's Service.

    **IT IS SO ORDERED.**

                                                                      s/ Gregory L. Frost
                                                                 **GREGORY L. FROST, JUDGE**
                                                                  **UNITED STATES DISTRICT COURT**