IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
TIME_____
SEP - 9 2009
JAMES BONINI, Clerk
COLUMBUS, OHIO

DAYREL BILLINGSLEY,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:08-CV-304
CRIM. NO. 2:04-CR-160
JUDGE FROST
MAGISTRATE JUDGE KING

## OPINION AND ORDER

On August 11, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk shall enter **FINAL JUDGMENT**.

_____
GREGORY L. FROST
United States District Judge