UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,    :    Case No. 2:04-cr-160

- vs -    Judge Sarah D. Morrison

DAYREL BILLINGSLEY,

                      :

        Defendant.

**ORDER**

    This matter is before the Court for consideration of Defendant's Motion to Reduce Defendant's Supervised Release Term (ECF No. 105) filed on April 27, 2020. On May 4, the Government responded with no objection. (ECF Nos. 109, 110).

    After consideration of the relevant 18 U.S.C. § 3353(a) factors, "the court may . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *Id.* § 3583(e)(1).

    Following his 175-month sentence to the Bureau of Prisons ("BOP"), Defendant has served almost three years of his five-year term of supervised release. The Court has considered the relevant § 3353(a) factors. Based on Defendant's conduct since release from BOP's custody and the Government's agreement with Defendant's request, the Court finds early termination of Defendant's supervised released is justified.

    Accordingly, Defendant's Motion is **GRANTED** (ECF No. 105). Defendant's supervised release is hereby **TERMINATED** on all counts.

2

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE